**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

GORDON B. CONN, JR. etc.

Plaintiff,

vs. CV 01-1195 RHK/JMM

MODERNISTIC DIE CUTTING INC.,

Defendant.

**NOTICE OF PRE TRIAL/STATUS CONFERENCE**

A Pre Trial/Status Conference is scheduled for Wednesday, July 25, 2001 at 10:00 AM, before Judge Richard H. Kyle, in Courtroom #4, 7th floor, 316 North Robert Street, St. Paul.

July 13, 2001

FRANCIS E. DOSAL
Clerk of U.S. District Court

Deborah Siebrecht
Deborah Siebrecht, Deputy Clerk
651-848-1166

cc: All Counsel

FILED JUL 13 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK